**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1784**

———————

STEPHANIE ATCHLEY,

Plaintiff - Appellant,

versus

BAPTIST HOSPITAL AND MEDICAL CENTER, and per-
sons of Baptist Hospital and Medical Center;
LEN PRESLAR, Administrator; JOHN WILLIAMS,
Chief of Security; J. T. MOSER, Security;
GEORGE JACOBS, Head of Security; WOMBLE,
CARLYLE, SANDRIDGE AND RICE LAW FIRM; TONY
BRETT, Attorney; KENNETH MOSER, Attorney,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Durham. Frank W. Bullock, Jr., District
Judge. (CA-99-1143-1)

———————

Submitted:  August 30, 2000          Decided:  September 6, 2000

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stephanie Atchley, Appellant Pro Se.  Robert Andrew Ford, Demetrius
L. Worley, TUGGLE, DUGGINS & MESCHAN, P.A., Greensboro, North Caro-
lina; William Cranford Raper, WOMBLE, CARLYLE, SANDRIDGE & RICE,
Charlotte, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephanie Atchley appeals the district court's order dismissing her civil rights complaint for failing to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Atchley filed a complaint against Baptist Hospital and Medical Center ("Hospital"), several of its employees, and attorneys representing the hospital, claiming that she was improperly barred from using the hospital's chapel. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Atchley v. Baptist Hosp.</u> No. CA-99-1143-1 (M.D.N.C. May 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>